IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jordan, Amanda | Case Number:  07 B 15543 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  8/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,736.00 | |
| Secured: | | 450.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,123.22 |
| Trustee Fee: | | 162.78 |
| Other Funds: | | 0.00 |
| Totals: | 2,736.00 | 2,736.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 2,123.22 |
| 2. | Midwest Title | Secured | 6,543.35 | 270.00 |
| 3. | Balaban Furniture Ltd | Secured | 1,052.40 | 180.00 |
| 4. | Holloway Group, Inc. | Unsecured | 15.76 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 102.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 23.71 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 32.00 | 0.00 |
| 8. | Galway Financial Service | Unsecured | 21.00 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 37.04 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 1,677.44 | 0.00 |
| 11. | B-Real LLC | Unsecured | 63.03 | 0.00 |
| 12. | Balaban Furniture Ltd | Unsecured | 216.40 | 0.00 |
| 13. | Chicago Central | Unsecured | 129.60 | 0.00 |
| 14. | Midwest Title | Unsecured | 192.62 | 0.00 |
| 15. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Cbe Group | Unsecured | | No Claim Filed |
| 19. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Credit Management Co. | Unsecured | | No Claim Filed |
| 23. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | I C Systems Inc | Unsecured | | No Claim Filed |
| 26. | USCB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jordan, Amanda

Printed: 01/22/09

Case Number: 07 B 15543
Judge: Wedoff, Eugene R
Filed: 8/27/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Chrysler Credit | Unsecured | | No Claim Filed |
| 30. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 31. | KCI | Unsecured | | No Claim Filed |
| 32. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 33. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 34. | Wow Internet | Unsecured | | No Claim Filed |
| | | | $ 13,449.35 | $ 2,573.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.85 |
| 6.5% | 88.93 |
| | $ 162.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

